IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RUDOLPH EDGESTON, JR.,
ADC #084768                                                             PLAINTIFF

v.                              No. 1:16-cv-17-DPM

KEITH McCLUNG, Dentist; and
SHEILA ARMSTRONG, Nurse                                          DEFENDANTS

ORDER

On *de novo* review, the Court adopts the Magistrate Judge Deere's recommendation, № 24, and overrules Edgeston's objections, № 25. FED. R. CIV. P. 72(b)(3). Edgeston's complaint will be dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 June 2016